UNSEALED PER ORDER OF COURT
4/22/20 alf

~~SEALED~~

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 13 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: 20MJ0692

The person charged as **OSCAR ZAVALA, "Manuel Garcia Martinez", "Oscar Rangel Zavala", "Oscar Zavala Rangel",** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Connecticut with: Conspiracy to Possess with Intent to Distribute Heroin, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), 841(b)(1)(C).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: February 13, 2020

_____
Special Agent
Drug Enforcement Administration

Reviewed and Approved

Dated: February 13, 2020

_____
Assistant United States Attorney

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FEB 7 2020 PM3:18
FILED - USDC - BPT - CT

| | |
|---|---|
| United States of America<br>v.<br>OSCAR ZAVALA<br>"Manuel Garcia Martinez"<br>"Oscar Rangel Zavala"<br>"Oscar Zavala Rangel"<br>*Defendant(s)* | )<br>)<br>) Case No. 3:20mj116(WIG)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Aug. 2019 through Feb. 7, 2020__ in the county of __Fairfield__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(C) | Conspiracy to Possess with Intent to Distribute Heroin |

This criminal complaint is based on these facts:
See Attached Affidavit of DEA TFO Christopher Martin

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA TFO Christopher Martin
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/07/2020__

_____
*Judge's signature*

City and state: __Bridgeport, Connecticut__   Hon. William I. Garfinkel, U.S.M.J.
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| OSCAR ZAVALA<br>"Manuel Garcia Martinez"<br>"Oscar Rangel Zavala"<br>"Oscar Zavala Rangel" | )  Case No. 3:20mj 116 (WIG)<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    OSCAR ZAVALA                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Sections 846 and 841(a)(1), 841(b)(1)(C) [w/ice] (Conspiracy to Possess with the Intent to Distribute ~~One kilogram or more of~~ Heroin) [lcc]

Date:      02/07/2020                                      _____/s/_____
                                                                             *Issuing officer's signature*

City and state:     Bridgeport, Connecticut                              Hon. William I. Garfinkel, U.S.M.J.
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                    _____
                                                                    *Arresting officer's signature*

                                                                    _____
                                                                    *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

# DEFENDANT LOCATOR FORM

(Staple behind the Magistrate Information Sheet in front of Criminal History Information)

Name of Defendant: OSCAR ZAVALA    DOB: _____

Date of Arrest: 2/12/2020    Time of Arrest: _____

Arresting Agent/Agency: _____    Cell phone no.: _____

## MCC Information

Reservation no.: _____    or Window time: ~~12:00~~ 5:00 pm

Date of Booking: 2/13/2020    USMS Register Booking no.: _____

## Other Booking Facility Information
(GEO, CCA, Juvenile Hall, State or County facility)

Facility: _____    Arrival date: _____    Temporary stay: YES or NO

## Hospitalized Defendant Information

Name of Medical Center: _____

Date of Hospital Admittance: _____    Time: _____

Reason for Hospitalization: _____

Expected Date of Discharge (Approx. if known): _____

(Revised 01/2016)

FEB 7 2020
FILED - USDC

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSCAR ZAVALA a.k.a. "Manuel Garcia Martinez," "Oscar Rangel Zavala," "Oscar Zavala Rangel" | **FILED UNDER SEAL**<br><br>Case No. 3:20 mj 116(WIG)<br><br>February 7, 2020 |

### MOTION TO SEAL

The United States of America respectfully submits this motion to seal this matter, to prevent public disclosure of the information contained in the criminal complaint, supporting affidavit, and arrest warrant, until May 7, 2020 or until such time as the Court shall determine. The United States submits that sealing is necessary because the matter relates to an ongoing criminal investigation that is neither public nor known to the targets of the investigation. Accordingly, there is good cause to seal these documents to protect the safety and well-being of the officers who will be attempting to execute the arrest warrant and because their premature disclosure may seriously jeopardize that investigation, including by giving the target an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/Lauren C. Clark*
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv09365
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604

FEB 7 2020 PM 3:44
FILED - USDC - DPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSCAR ZAVALA a.k.a. "Manuel Garcia Martinez," "Oscar Rangel Zavala," "Oscar Zavala Rangel" | **FILED UNDER SEAL**<br><br>Case No. 3:20mj116(WIG)<br><br>February 7, 2020 |

## ORDER TO SEAL

A motion having been made on February 7, 2020 by the United States of America for an Order to seal the papers filed in the above-captioned matter, good cause having been shown and the motion having been granted by this Court, it is hereby

ORDERED that a copy of the arrest warrant, the criminal complaint, affidavit, the Motion to Seal, and this Order to Seal in the above-captioned matter shall be sealed until May 7, 2020, subject to further order of the Court.

SO ORDERED this 7th day of February 2020, in Bridgeport, Connecticut.

HONORABLE WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE